**PORTER | SCOTT**
A PROFESSIONAL CORPORATION
Carl L. Fessenden, SBN 161494
Derek H. Haynes, SBN 264621
350 University Ave., Suite 200
Sacramento, California 95825
TEL: 916.929.1481
FAX: 916.927.3706
Attorneys for Defendants
COUNTY OF YUBA, (erroneously sued as YUBA COUNTY DEPT. ADMINISTRATIVE SERVICES and YUBA COUNTY HUMAN RESOURCES), PAT THOMAS, JEFF DELANEY, TARA FLORES, DOUG McCOY and CINDY CLARK

David J. Collins, SBN 262945
Attorney at Law
The Historic McCoy House
216 5th Street
Marysville, CA 95901
TEL: 530.749.9161
Attorney for Plaintiff BILLY WILDEN

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY WILDEN,<br>         Plaintiff,<br><br>v.<br><br>COUNTY OF YUBA, a California Municipality, YUBA COUNTY DEPT. ADMINISTRATIVE SERVICES, YUBA COUNTY HUMAN RESOURCES, PAT THOMAS, JEFF DELANEY, TARA FLORES, DOUG McCOY, CINDY CLARK, STEVE ZANAROLI, and DOES 1 TO 50,<br>         Defendant.<br>_____/ | Case No:  2:11-cv-02246-JAM-GGH<br><br>**ORDER ON STIPULATED REQUEST TO CONTINUE HEARING ON DEFENDANTS' MOTION FOR SANCTIONS**<br><br>**DATE:**   May 16, 2012<br>**TIME:**    9:30 a.m.<br>**COURTROOM  6, 14th Floor**<br><br>Complaint Filed:  08/23/2011<br>Amended Complaint Filed:  12/08/11 |

**GOOD CAUSE APPEARING**, **IT IS HEREBY ORDERED** that the hearing on Defendants' Motion for Sanctions is now set for **June 6, 2012** at **9:30 a.m**.


Dated: 4/9/2012                                                           /s/ John A. Mendez
                                                                          Judge, Eastern District of California

{01004573.DOC}                                            1
**[PROPOSED] ORDER ON STIPULATED REQUEST TO CONTINUE HEARING ON DEFENDANTS'
MOTION FOR SANCTIONS**